02-11-113-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
  NO. 02-11-00113-CV
 
 


 

 

 


 
 
 Isabella P. Chancellor
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 JP Morgan Chase Bank, N.A., JP Morgan Chase &
 Co., David Munson, Deborah Pointer, and Wendy Boots
 
 
  
 
 
 APPELLEES
 
 


 

 

------------

 

FROM THE 67th
District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered “Appellant's Unopposed Motion To Voluntarily Dismiss Appeal.” 
It is the court=s opinion that the motion
should be granted; therefore, we dismiss the appeal.  See Tex. R. App.
P. 42.1(a)(1), 43.2(f).

          Costs
of the appeal shall be paid by the party incurring the same,
for which let execution issue.  See Tex. R. App. P. 42.1(d).

 

 

                                                                             PER
CURIAM

PANEL: 
GARDNER,
WALKER, and MCCOY, JJ. 


 

DELIVERED:
 September 8, 2011








 









[1]See Tex. R. App. P. 47.4.